ERIC GRANT
United States Attorney
CHAN HEE CHU
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELINA SOLANO BEJARANO,<br><br>                    Petitioner,<br><br>         v.<br><br>CHRISTOPHER CHESTNUT, Warden, California City Correctional Facility; TODD M. LYONS, Acting Director, U.S. Immigration and Customs Enforcement, U.S. Department of Homeland Security; KRISTI NOEM, in her official capacity, Secretary, U.S. Department of Homeland Security; and PAMELA BONDI, in her official capacity, Attorney General of the United States,<br><br>                    Respondents. | Case No. 1:25-cv-01905-JLT-SAB (HC)<br><br>**STIPULATION; ORDER** |

The Respondents and Petitioner Melina Solan Bejarano ("Petitioner") file this stipulation and proposed order in response to the District Court's order dated January 13, 2026. [ECF #10 at 12]. In that order, the District Court ordered the parties to meet and confer within 14 days from the entry of said order, and submit, if possible, a joint proposed briefing schedule, including the propriety of an abeyance pending resolution of a case on appeal before the Ninth Circuit. In response to that District Court order, the parties have met and conferred but need additional time to decide their position on the propriety of an abeyance. Specifically, Petitioner is set to have a bond hearing before an immigration judge on

1

January 28, 2026. The parties' positions on an abeyance are likely to be impacted by the outcome of that hearing. As a consequence, the parties agree and stipulate to an extension of the filing of a proposed briefing schedule, including their positions on an abeyance of any such proposed briefing schedule.

## STIPULATION

Respondents, by and through undersigned counsel, and Petitioner, by and through undersigned counsel, hereby stipulate as follows:

1. The parties may wait to file a proposed briefing schedule and their positions on an abeyance of the briefing schedule until after the resolution of Petitioner's bond hearing on January 28, 2026;

2. The parties will file their proposed briefing schedule and position on the abeyance of said briefing schedule within 7 days of a final decision of Petitioner's custody status following the bond hearing on January 28, 2026.

Respectfully submitted,

ERIC GRANT
United States Attorney

Date: January 23, 2026

*/s/ Chan Hee Chu*
CHAN HEE CHU
Assistant United States Attorney
Attorney for Respondents

Date: January 23, 2026

*/s/ Emilio Tomas Parker*
EMILIO TOMAS PARKER
ROBERT JOSEPH BELES
Attorneys for Petitioner
MELINA SOLANO BEJARANO

# O R D E R

**IT IS SO ORDERED.** The parties may wait to file a proposed briefing schedule and their positions on an abeyance of the briefing schedule until after the resolution of Petitioner's bond hearing on January 28, 2026. The parties will file their proposed briefing schedule and position on the abeyance of said briefing schedule within 7 days of a final decision of Petitioner's custodial status following the bond hearing on January 28, 2026.

IT IS SO ORDERED.

Dated: **January 23, 2026**

STANLEY A. BOONE
United States Magistrate Judge