# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

MELINA SOLANO BEJARANO,

Petitioner,

v.

CHRISTOPHER CHESTNUT, et al.,

Respondents.

Case No. 1:25-cv-01905-JLT-SAB-HC

ORDER DIRECTING PARTIES TO FILE STATUS REPORT AND PROPOSED BRIEFING SCHEDULE

On January 13, 2026, the Court granted Petitioner's motion for preliminary injunction in part and ordered Respondents to provide Petitioner with a bond hearing before an immigration judge. (ECF No. 10.) The Court directed the parties "to meet and confer no later than 14 days from the date of the entry of this order, and, if possible, submit a joint proposed briefing schedule discussing the abeyance of further proceedings on the merits pending the 9th Circuit Appeal of *Rodriguez Vazquez v. Bostock*, 779 F.Supp.3d 1239 (W.D. Wash. 2025). If the parties are unable to agree to a joint proposed briefing schedule, the Court can rule on the request." (Id. at 12.) The Court ordered that the "government may file a further brief on the merits of the habeas petition within 45 days. Alternatively, as soon as it can within that 30-day period, the government may file a notice that it does not intend to file further briefing. If the government files an additional brief, Petitioner may file a further brief within 30 days thereafter." (Id.)

On January 23, 2026, the Court ordered, per the parties' stipulation, that the "parties may wait to file a proposed briefing schedule and their positions on an abeyance of the briefing

schedule until after the resolution of Petitioner's bond hearing on January 28, 2026," and that the "parties will file their proposed briefing schedule and position on the abeyance of said briefing schedule within 7 days of a final decision of Petitioner's custody status following the bond hearing on January 28, 2026." (ECF No. 12 at 3.) To date, more than one month after the scheduled January 28, 2026 bond hearing, no proposed briefing schedule has been filed.

The Court HEREBY ORDERS that within seven (7) days of the date of service of this order, the parties SHALL FILE a status report and a proposed briefing schedule.

IT IS SO ORDERED.

Dated:  **March 4, 2026**

STANLEY A. BOONE
United States Magistrate Judge

2