ERIC GRANT
United States Attorney
CHAN HEE CHU
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELINA SOLANO BEJARANO,<br><br>                    Petitioner,<br><br>          v.<br><br>CHRISTOPHER CHESTNUT, Warden, California City Correctional Facility; TODD M. LYONS, Acting Director, U.S. Immigration and Customs Enforcement, U.S. Department of Homeland Security; KRISTI NOEM, in her official capacity, Secretary, U.S. Department of Homeland Security; and PAMELA BONDI, in her official capacity, Attorney General of the United States,<br><br>                    Respondents. | Case No. 1:25-cv-01905-JLT-SAB (HC)<br><br><br>**STATUS REPORT; STIPULATION; ORDER** |

The Respondents and Petitioner Melina Solan Bejarano ("Petitioner") file this status report, stipulation and proposed order in response to the Court's order dated March 5, 2026.  [ECF #13].

Petitioner had her bond hearing on January 28, 2026.  At the bond hearing, the immigration judge denied respondent's request for a change in custody status.  Petitioner, however, reserved her right to appeal the matter (DHS reserved as well), with the appeal of the immigration judge's order due on February 27, 2026.  Despite reserving her right to appeal, Petitioner did not appeal the immigration judge's order and therefore that order became final on February 27, 2026.

1

As to further briefing, the parties will file any moving papers or further briefing more generally by March 23, 2026.  Any opposition to the initial papers will be due April 6, 2026.  Any reply to the opposition will be due April 16, 2026.

## **STIPULATION**

Respondents, by and through undersigned counsel, and Petitioner, by and through undersigned counsel, hereby stipulate as follows:

1.  As to further briefing, the parties will file any moving papers or further briefing more generally by March 23, 2026.  Any opposition to the initial papers will be due April 6, 2026.  Any reply to the opposition will be due April 16, 2026.

Respectfully submitted,

ERIC GRANT
United States Attorney

Date:  March 5, 2026

*/s/ Chan Hee Chu*
CHAN HEE CHU
Assistant United States Attorney
Attorney for Respondents

Date:  March 5, 2026

*/s/ Emilio Tomas Parker*
EMILIO TOMAS PARKER
ROBERT JOSEPH BELES
Attorneys for Petitioner
MELINA SOLANO BEJARANO

Bejarano v. Chestnut, et al.,
Case No. 1:25-cv-01905-JLT-SAB

**O R D E R**

**IT IS SO ORDERED.**  As to further briefing, the parties will file any moving papers or further briefing more generally by March 23, 2026.  Any opposition to the initial papers will be due April 6, 2026.  Any reply to the opposition will be due April 16, 2026.

IT IS SO ORDERED.

Dated:    **March 6, 2026**

_____
STANLEY A. BOONE
United States Magistrate Judge

3

Bejarano v. Chestnut, et al.,
Case No. 1:25-cv-01905-JLT-SAB